*E-Filed 4/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS CARMONA, | No. C 10-0498 RS (PR) |
| Plaintiff | **ORDER OF TRANSFER** |
| v. | |
| N. GRANNIS, et al., | |
| Defendants. | |

Plaintiff, a prisoner at Mule Creek State Prison, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while incarcerated at Mule Creek State Prison, which lies in Amador County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the County of Amador, which lies within the venue of the Eastern District of California. *See* 28 U.S.C . § 84(b). Venue therefore properly lies in the Eastern District. *See id*. § 1391(b).

Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: April 9, 2010

RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Luis Carmona
V-83145
Mule Creek State Prison
P. O. Box 409099
Ione, CA 95640

DATED: 04/12/2010

                                              s/ Chambers Staff
                                              Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.